

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-12-00745-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

**GREATER SAN ANTONIO BUILDERS ASSOCIATION** and Indian Springs, Ltd.,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2006-CI-11580
Honorable David A. Berchelmann, Jr., Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED. It is ORDERED that appellees, Greater San Antonio Builders Association and Indian Springs Ltd., recover their costs of this appeal from appellant, City of San Antonio.

SIGNED May 22, 2013.

_____
Catherine Stone, Chief Justice